**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**(WICHITA DOCKET)**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, Plaintiff, | |
| vs. | Case No. 00-CR-10022-02 |
| JOHN ABDAYEM, Defendant, | |

**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

COMES NOW, the Defendant, John Abdayem, through counsel of record, Kurt P. Kerns, and hereby moves this Court for an Order terminating the supervised release of the Defendant in the above captioned matter. In support thereof, defendant would show the Court as follows:

1. The defendant served his 72 month sentence in the above captioned matter and has been a model client while being supervised on supervised release.
2. Counsel is of the understanding that the defendant's current supervisor is supportive of the defendant's request for early termination.
3. The defendant has worked continuously since his release and has been a productive member of society. Therefore, there is no need for supervision.

WHEREFORE, defendant respectfully requests that the Court enter an Order terminating the defendant's supervised release.

Respectfully submitted,

ARIAGNO, KERNS, MANK & WHITE L.LC.

BY **/s/ Kurt P. Kerns**

Kurt P. Kerns #15028
Ariagno, Kerns, Mank & White L.L.C.
328 North Main Street
Wichita, KS 67202
(316) 265-5511
kurtpkerns@aol.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above Motion for Early Termination of Supervised Release was filed and served electronically pursuant to the CM/ECF system on August 19, 2008, on all counsel of record.

**/s/ Kurt P. Kerns**
Kurt P. Kerns